UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JONATHAN C. RODGERS,

                Plaintiff,

   v.

RLD, EXECUTIVE ASSISTANT, CLARK COUNTY DISTRICT COURT,

                Defendant.

No. 09-5327RJB/JRC

REPORT AND RECOMMENDATION

NOTED FOR:
SEPTEMBER 18, 2009

     This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Plaintiff has not provided the forms needed for the court to determine if he is entitled to proceed *in forma pauperis*. The court now recommends that the application to proceed be DENIED.

Report and Recommendation- 1

On June 5, 2009, the clerk's office sent a letter to plaintiff informing him of the defects in his motion to proceed *in forma pauperis* (Dkt. # 2). Plaintiff had until July 13, 2009, to cure the defects. As of August 25, 2009, there has been no reply.

The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigence. *See* 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed in forma pauperis. Weller v. Dickson, 314 F.2d 598 (9th Cir. 1963), *cert. denied*, 375 U.S. 845 (1963). Plaintiff has failed to provide the information needed for the court to determine if he is entitled to proceed in forma pauperis.

Based on the above, the court should deny plaintiff's application to proceed *in forma pauperis*. Plaintiff has not shown that is unable to pay the full filing fee to proceed with his lawsuit. The court should direct Mr. Rodgers to pay the filing fee within 30 days of the court's order and if he fails to pay the filing fee the clerk should be directed to dismiss this matter.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report and Recommendation to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on September 18, 2009, as noted in the caption.

DATED this 25th day of August, 2009.

J. Richard Creatura
United States Magistrate Judge

Report and Recommendation- 2