UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JONATHAN C. RODGERS,<br>Plaintiff,<br>v.<br>RLD, EXECUTIVE ASSISTANT, CLARK COUNTY DISTRICT COURT,<br><br>Defendants. | CASE NO. C09-5327RJB/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura. Dkt. 3. The Court has considered the Report and Recommendation, objections, if any, and the record herein.

It is hereby **ORDERED**:

(1) The Report and Recommendation (Dkt. 3) is **ADOPTED**;

(2) Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is **DENIED**;

(3) The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 15th day of September, 2009.

Robert J. Bryan
United States District Judge

ORDER - 1