# United States District Court

WESTERN DISTRICT OF WASHINGTON

JONATHAN C. RODGERS

**JUDGMENT IN A CIVIL CASE**

v.

RLD, EXECUTIVE ASSISTANT, CLARK COUNTY DISTRICT COURT

CASE NUMBER: 09-5327RJB/JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

PURSUANT TO THE MINUTE ORDER (Docket 13) the Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

| March 23, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk